FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 2 7 2023

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**CHRISTOPHER RODRIGUEZ,**<br><br>Defendant. | CRIMINAL NO. 23-952 WJ<br><br>Counts 1 and 2: 21 U.S.C. §§ 841(a)(1) and (b)(1)(B): Distribution of 40 Grams and More of Fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide). |

## INDICTMENT

The Grand Jury charges:

### Count 1

On or about March 1, 2023, in Bernalillo County, in the District of New Mexico, the defendant, **CHRISTOPHER RODRIGUEZ**, unlawfully, knowingly, and intentionally distributed a controlled substance, and the offense involved 40 grams and more of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide).

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).

### Count 2

On or about March 7, 2023, in Bernalillo County, in the District of New Mexico, the defendant, **CHRISTOPHER RODRIGUEZ**, unlawfully, knowingly, and intentionally distributed a controlled substance, and the offense involved 40 grams and more of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide).

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).

A TRUE BILL:

/S/
_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney